■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTURO MARTINEZ, Appellant. — Judgment, Supreme Court, New York County (G. Roberts, J.), rendered on September 21, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings

pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Ross, Markewich, Lupiano and Asch, JJ.